FILED

08/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 21-0150

STATE OF MONTANA,

Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

Respondent and Appellant.

**ORDER GRANTING APPELLEE'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME**

Pursuant to the Motion by Appellee,

IT IS HEREBY ORDERED that the Appellee is granted an extension of time until September 9, 2021, to file its answer brief.

DATED this _____ day of August, 2021.

_____

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 3 2021